ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

RHONDA FLEMING,
    Plaintiff,

v.                                          No. 4:17-CV-00360-Y

                                  JURY TRIAL DEMANDED

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION CORPORATION,
AND EQUIFAX INFORMATON SERVICES,
    Defendants.


FIRST AMENDED COMPLAINT

    The Plaintiff, Rhonda Fleming, brings this lawsuit against Defendants Experian Information Solutions, Inc., Trans Union Corporation, and Equifax Information Services.


INTRODUCTION
    This case arises out of the Defendants refusal to comply with state statutory laws requiring they provide the Plaintiff and other consumers with a copy of their credit report and score once a year, at no cost. All three Defendants are required to provide the credit report and have refused to do so for 10 years. Many federal prisoners have stated to the Plaintiff, who is a federal prisoner, that they requested their credit report and the Defendants refused to provide the report and score.

    For 10 years, the Plaintiff has requested this information from the Defendants who have recklessly, knowingly, and willfully refused to provide the Plaintiff with her credit report and score.

    When the Plaintiff made her request to all of the Defendants, she submitted the form used for the request, a copy of her prison

-1-

identification, a letter on Federal Bureau of Prisons letterhead by the prison administrator verifying the Plaintiff's custody in a prison (as well as the administrators contact phone number), and copies of letters from federal courts addressed to the Plaintiff proving her residence in a federal prison. The prison identification has the Plaintiff's date of birth.

The Defendants continued to deny the plaintiff her credit report, causing her to be a victim of identity theft, denying her the ability to report the crime because law enforcement authorities require a copy of the credit report showing unlawful inquiries and/or accounts opened in the name of the victim, and the Plaintiff loss money in certain bank accounts, to include Washington Mutual, Wachovia, Capital One, and Wells Fargo.

These losses caused the Plaintiff to suffer physicaal and mental pain, as well as poverty because of the identity theft that went unreported. The Plaintiff was hospitalized in March 2012, for 5 days, due in part to the denial of her credit information. The Plaintiff continues to suffer with anger, frustration, anxiety, headaches, irritable bowel syndrome and other ailments when she thinks about the Defendants knowingly and willfully refusing to abide by state and federal laws.

## CAUSES OF ACTION & APPLICABLE LAWS

The Defendants have violated Chapter 20 of the Texas Business and Commerce Code and other Texas state laws requiring tht they provide the Plaintiff with the credit report and score.

The Defendants have violated the Texas Consumer Credit Reporting Act, Section 20, under the provisions requiring credit reporting agencies to provide the Plaintiff with her credit report and score. The Defendants displayed reckless disregard for complying with the Act, put in place by the Texas state legislature to protect consumers.

For 10 years, the Plaintiff repeatedly supplied all necesary documents and information to obtain her credit report and score and the Defendants continue to refuse to provide the requested information. In addition, the Plaintiff sent letters to

the consumers services departments of each Defendant, but they all continued to refuse to provide the credit information, leaving the Plaintiff with the work and expense of filing a lawsuit in a state court to obtain the credit report and score.

## RELIEF REQUESTED

The Plaintiff request the following relief:

1. Mandatory injunctive relief ordering all Defendants to promptly provide the Plaintiff with her credit report and score from 2007 to 2017.

2. Statutory, compensatory, and punitive damages of $24,000 from each Defendant.

3. Interest and costs of $7,750.00.

4. Reasonable attorney and paralegal fees.

5. Any other relief the Court deems necessary.

Respectfully Submitted,

Rhonda Fleming, Plaintiff
May 18, 2017

CERTIFICATE OF SERVICE

In accordance with Local Rule 5.1(d) the foregoing pleading was served in accordance with the CM/ECF filing system and the Plaintiff proceeding in forma pauperis, on this same day, has moved the Clerk of Court, pursuant to FRCP 4 and Tex. R. Civ. P. 103, to perform services to:

Attorneys for Trans Union Corporation — *Copy sent as courtesy to counsel*
Strasburger & Price, LLP
Attn: Monica Ramirez, Attorney
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034

Experian Information Solutions
475 Anton Blvd
Costa Mesa, CA 92626

Equifax Information Services
P.O. Box 740241
Atlanta, GA 30374

Rhonda Fleming
May 18, 2017

VERIFICATION
PURSUANT TO 28 U.S.C. § 1746

My name if Rhonda Fleming and I am the Plaintiff in this lawsuit  I have personal knowledge of all facts stated in the pleading above, and I certify all facts are true and correct.

Executed on May 18, 2017.

Rhonda Fleming

-4-

Name Rhonda Fleming
Reg. No. 20446-009
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Legal Mail

⇔20446-009⇔
U S Fed District Clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

FORT WORTH TEXAS TX PDX
19 MAY 2017 PM 9 L

2017 MAY 22 AM 11:31
CLERK OF COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 5/19/17

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.  (4)